UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:22-cv-01761-JLS-JPR                                        Date: March 30, 2022
Title:  A.T. v. Cognosphere, LLC et al

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:
         Not Present                                                                 Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE RE JURISDICTION**

      Plaintiff A.T. has filed a putative class action complaint asserting claims under California law.  (*See* Compl., Doc. 1, ¶¶ 40-72.)  The face of Plaintiff's Complaint, however, does not clearly invoke federal jurisdiction.  (*See id.* ¶¶ 6-7.)  The Complaint does not appear to assert a federal cause of action, nor does it invoke diversity jurisdiction, or indicate that Plaintiff's case satisfies the amount in controversy requirement for purposes of diversity jurisdiction.  Accordingly, the Court ORDERS Plaintiff to show cause why the Complaint should not be dismissed for lack of federal jurisdiction within **seven (7) days** of the entry of this Order.

                                                    Initials of Deputy Clerk: mku