| | |
|---|---|
| 1 | KEKER, VAN NEST & PETERS LLP |
| 2 | AJAY S. KRISHNAN #222476<br>akrishnan@keker.com |
| 3 | MICHELLE YBARRA #260697<br>mybarra@keker.com |
| 4 | CHRISTOPHER S. SUN #308945<br>csun@keker.com |
| 5 | 633 Battery Street<br>San Francisco, CA 94111-1809 |
| 6 | Telephone: 415 391 5400<br>Facsimile:  415 397 7188 |
| 7 | Attorneys for Defendant |
| 8 | COGNOSPHERE, LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| A.T., a minor, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COGNOSPHERE, LLC and MIHOYO CO., LTD.,<br><br>Defendants. | Case No. 2:22-cv-1761-SPG-JPR<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Judge: Hon. Sherilyn Peace Garnett<br><br>Date Filed: March 16, 2022<br><br>Trial Date: Not set yet |

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 6(b)(1) and Local Rules 7-1 and 8-3, the parties, Plaintiff A.T., a minor ("Plaintiff") and Defendant Cognosphere, LLC ("Cognosphere US"), by and through their attorneys, hereby stipulate and agree as follows:

WHEREAS on March 16, 2022, Plaintiff filed their Class Action Complaint against Cognosphere US and miHoYo Co. Ltd. (collectively, "Defendants");

WHEREAS on April 6, 2022, Plaintiff filed their First Amended Complaint against Defendants;

WHEREAS on May 6, 2022, the Court granted the parties' joint stipulation to extend, by 60 days, Cognosphere US's deadline to answer or otherwise respond to the First Amended Complaint;

WHEREAS the current deadline for Cognosphere US to respond to the First Amended Complaint is July 5, 2022;

WHEREAS counsel for Cognosphere US has informed Plaintiff's counsel that neither Cognosphere US nor miHoYo Co. Ltd. are appropriate defendants in this matter because neither have ever published or operated Genshin Impact, the video game that is the subject of Plaintiff's claims;

WHEREAS counsel for the parties are working towards an agreement to potentially dismiss Cognosphere US and miHoYo Co. Ltd. as defendants and to amend the First Amended Complaint to substitute in a new defendant;

WHEREAS, given these negotiations, Cognosphere US desires additional time to prepare and file its responsive pleading;

WHEREAS Plaintiff has agreed to a 13-day extension of Cognosphere US's deadline to respond to the First Amended Complaint;

WHEREAS, the requested extension would not affect any other scheduled dates in connection with the above-captioned action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties through their respective counsel pursuant to Local Rule 8-3, and subject to the approval of the Court, that Cognosphere US's deadline to answer or otherwise respond to the First Amended Complaint is extended by 13 days, up to and including July 18, 2022.

Dated: July 1, 2022            BURSOR & FISHER, P.A.

By: /s/ *L. Timothy Fisher*
L. TIMOTHY FISHER

Attorneys for Plaintiff
A.T., a minor, individually and on behalf of all others similarly situated

Dated: July 1, 2022            KEKER, VAN NEST & PETERS LLP

By: /s/ *Michelle Ybarra*
AJAY S. KRISHNAN
MICHELLE YBARRA
CHRISTOPHER S. SUN

Attorneys for Defendant
COGNOSPHERE, LLC

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4, undersigned counsel for Cognosphere attests that all other signatories to this stipulation concur in the filing's contents and authorize the filing.

Dated: July 1, 2022                     KEKER, VAN NEST & PETERS LLP

By: /s/ *Michelle Ybarra*
AJAY S. KRISHNAN
MICHELLE YBARRA
CHRISTOPHER S. SUN

Attorneys for Defendant
COGNOSPHERE, LLC